CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 8 2013

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STEVEN O'NEAL HAIRSTON, | ) | CASE NO. 7:13CV00328 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| WARDEN, FCI MORGANTOWN, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that petitioner's PET[IT]ION FOR WRIT OF HABEAS CORPUS, "which the court docketed as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice, inasmuch as petitioner's claims are now pending in his subsequently submitted motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 in Case No. 7:11CR00082, and this habeas corpus action is stricken from the active docket of the court.

ENTER: This 8th day of August, 2013.

/s/ James C. Turk
Senior United States District Judge